**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 67 MAL 2024

           Respondent          :

                          :  Petition for Allowance of Appeal

             v.            :  from the Order of the Superior Court

                          :

LASTACIA MARIE GRIFFITH,       :

           Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.